IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT A. M..,

    **Plaintiff,**

vs.                                                CIV NO. 1:24-cv-01002-KRS

MICHELLE KING,[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for an Extension of Time (the "Motion"), (Doc. 12), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file her Answer or otherwise respond to Plaintiff's Complaint no later than **March 5, 2025**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, be extended by fourteen (14) days, after Defendant files her brief.

                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).