**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ROBERT A. M.,**

    **Plaintiff,**

    vs.                                  CIV NO. 1:24-cv-1002-KRS

**LELAND DUDEK,**
**Acting Commissioner of Social Security,**

    **Defendant.**

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Defendant, Commissioner of the Social Security ("Commissioner"), has filed an unopposed motion with this Court (Doc. 17), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

    **IT IS SO ORDERED**.

                                                    _____
                                                    THE HONORABLE KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE