IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROBERT A. M.,**

    **Plaintiff,**

    vs.                                            CIV NO. 1:24-cv-1002-KRS

**LELAND DUDEK,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 17), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                        _/s/ Kevin Sweazea_
                                                   THE HONORABLE KEVIN R. SWEAZEA
                                                   UNITED STATES MAGISTRATE JUDGE